IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Contreras, Oscar F

Printed: 6/10/08

Case Number: 04 B 37754
Judge: Hollis, Pamela S
Filed: 10/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: May 2, 2008
Confirmed: January 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,328.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 6,627.63 |
| Priority: |  | 2,675.00 |
| Administrative: |  | 2,394.40 |
| Trustee Fee: |  | 630.16 |
| Other Funds: |  | 0.81 |
| Totals: | 12,328.00 | 12,328.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,394.40 | 2,394.40 |
| 2. | Illinois Dept Of Public Aid | Priority | 2,675.00 | 2,675.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 6,260.83 | 6,260.83 |
| 4. | Asset Acceptance | Unsecured | 366.80 | 366.80 |
| 5. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 6. | Poronsky Family Practice Ltd | Unsecured |  | No Claim Filed |
| 7. | Time Warner Cable | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 11,697.03 | $ 11,697.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 61.00 |
| 4% | 66.70 |
| 3% | 15.00 |
| 5.5% | 196.08 |
| 5% | 35.10 |
| 4.8% | 90.00 |
| 5.4% | 166.28 |
|  | _____ |
|  | $ 630.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Contreras, Oscar F | Case Number: 04 B 37754 |
| | Judge: Hollis, Pamela S |
| Printed: 6/10/08 | Filed: 10/12/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

